**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division**

In re:  Connie Jean Balderson )
    Albert Lee Balderson )
)  Case No. __16-31532-KRH__
)
)
Debtor(s) )  Chapter __7__
)
Address __2302 Coan Stage Rd.__ )
__Heathsville, VA 22473__ )
)
Last four digits of Social Security No: __7806 & 8203__ )
)
)

# NOTICE OF MOTION

<u>Connie & Albert Balderson</u> have filed papers with the court to <u>Extend Time to File Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement</u>.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before  <u>July 22, 2016</u>, you or your attorney must:

**X**    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        <u>701 East Broad Street</u>
        <u>Richmond, VA 23219</u>

You must also mail a copy to:

    America Law Group, Inc.
    8501 Mayland Dr. Ste 106
    Henrico, VA 23294

X    Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐    Attend the hearing on the motion (or objection) scheduled to be held on <date> at <time>. at United States Bankruptcy Court, 701 East Broad Street, Crtrm 5100/5000  Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 7/8/2016

Signature, name, address, and telephone number of person giving notice:
/s/ Richard J. Oulton
Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Dr., Ste 106
Henrico, VA 23294
Virginia State Bar No. 29640
Counsel for Connie and Albert Balderson

Certificate of Service

I hereby certify that I have this 8th day of July, 2016, mailed or hand-delivered a true copy of the foregoing Amended Notice of Motion to all necessary parties.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

# Creditors

**Basic Auto Sales**
11371 Washington Highway
Ashland, VA 23005-0000

500 Summit Lake Dr
Ste 400
Valhalla, NY 10595-0000

**Calvary Portfolio Services**

**Capital One**

Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**CashnetUSA**
attn: Bankruptcy
175 W Jackson Blvd Ste 1000
Chicago, IL 60604-0000

**Cindy Balderson**
262 Norman's Corner Rd
Farnham, VA 22460-0000

**Cntry Door**
Attn:Bankruptcy
PO Box 2830
Monroe, WI 53566-0000

**Comenity Bank**
PO Box 182124
Columbus, OH 43218-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Control Corp**
PO Box 120568
Newport News, VA 23612-0000

**Credit Control Corporation**
PO Box 120568
Newport News, VA 23612-0000

**Dillard Associates PC**
229 Prince Street
P.O. Box 356
Tappahannock, VA 22560-0000

**DirectTV**
attn: Bankruptcy Claims
PO Box 6550
Englewood, CO 80155-6550

**Fingerhut**
6250 Ridgewood Rd
St Cloud, MN 56303-0000

**Ford Motor Credit**
PO Box 62180
Colorado Springs, CO 80962-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

**GE Capital Retail Bank**
attn: Bankruptcy Dep't
P.O. Box 1950
Morristown, NJ 07962-1950

**Ginnys/Swiss Colony Inc**
1112 7th Ave
Monroe, WI 53566-0000

**GMAC**
now: Ally Financial
PO Box 380901
Minneapolis, MN 55438-0000

**Heathesville Animal Clinic**
45 Back Street
Heathsville, VA 22473-0000

**HFC**
PO Box 8873
Virginia Beach, VA 23450-8873

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kalbaugh, Pfund & Messersmith**
901 Moorefield Park Dr.
Ste 200
Richmond, VA 23236-0000

**Lexington Consumer Advocacy LL**
c/o Customer Care Dep't
337 Garden Oaks Blvd
Houston, TX 77018-0000

**MCV Associated Physicians**
830 E Main St
Suite 1900
Richmond, VA 23219-0000

**Midland Credit Management**
8875 Aero Dr, Ste 200
San Diego, CA 92123-0000

**Montgomery Ward Credit**
3650 Milwaukee St
Madison, WI 53714-0000

**Nc Financial**
175 W Jackson Blvd
Chicago, IL 60604-0000

**NCC**
5503 Cherokee Ave
Alexandria, VA 22312-0000

**Net Credit**
200 W Jackson Blvd
Suite 2400
Chicago, IL 60606-0000

**Onward Credit Customer Support**
505 N LaSalle St.
Suite 550
Chicago, IL 60654-0000

**Pelletteri**
1717 Park St
Naperville, IL 60563-0000

**Peter S Lake, Esq.**
4445 Corporation Lane
Suite 155
Virginia Beach, VA 23462-0000

**Rappahannock General Hospital**
PO Box 1449
Kilmarnock, VA 22482-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Health System**
Riverside Tappahannock Hospita
PO Box 6008
Newport News, VA 23606-0008

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Seventh Avenue**
re: Bankruptcy Dep't
112 7th Ave
Monroe, WI 53566-1364

**Springlf Fin**
601 Nw 2nd St
Evansville, IN 47708-0000

**TD Auto Finance LLC**
27777 Inkster Rd.
Farmington, MI 48334-0000

**Terry Hatcher**
2302 Coan Stage Rd
Heathsville, VA 22473-0000

**Usda Rural Development**
P.O. Box 790170
St Louis, MO 63179-0000

**VCU Health System -- MCV Hosp.**
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Virginia Department of Taxatio**
PO Box 2156
Richmond, VA 23218-0000

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

    Connie and Albert Balderson                              16-31532-KRH

    Debtor(s)                                                        Chapter 13

**MOTION FOR EXTENSION OF TIME TO FILE**
**REAFFIRMATION AGREEMENT and STATEMENT IN SUPPORT OF**
**REAFFIRMATION AGREEMENT**

Debtor(s), by counsel, move the Court and state the following:

1. A voluntary petition under the provisions of title 11 of the United States Code was filed herein on March 29, 2016.

2. Debtor(s) Trustee meeting was set for May 2, 2016.

3. The time to file the Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement expires on July 1, 2016, sixty (60) days following the date of the original Trustee Meeting.

4. For the following reasons the Debtor is unable to file the Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement required by FRBP 4008(a)(b) within the prescribed time:

The Debtors live several hours away from the office and were unable to come in to sign required documents despite repeated requests.

WHEREFORE movant prays the Court for an Order extending Debtor(s) time for filing the Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement.

DATE: 7/8/2016

Respectfully submitted:
Connie and Albert Balderson
By Counsel

/s/ Richard J. Oulton   VSB #29640
Counsel for Debtor
America Law Group, Inc.
8501 Mayland Dr. Ste 106
Henrico, VA 23294
Ph: 804-308-0051

Certificate of Service

I hereby certify that I have this 7th day of July, 2016, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Richard J. Oulton
VSB #29640

# Creditors

**Basic Auto Sales**
11371 Washington Highway
Ashland, VA 23005-0000

**Calvary Portfolio Services**
500 Summit Lake Dr
Ste 400
Valhalla, NY 10595-0000

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**CashnetUSA**
attn: Bankruptcy
175 W Jackson Blvd Ste 1000
Chicago, IL 60604-0000

**Cindy Balderson**
262 Norman's Corner Rd
Farnham, VA 22460-0000

**Cntry Door**
Attn:Bankruptcy
PO Box 2830
Monroe, WI 53566-0000

**Comenity Bank**
PO Box 182124
Columbus, OH 43218-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Control Corp**
PO Box 120568
Newport News, VA 23612-0000

**Credit Control Corporation**
PO Box 120568
Newport News, VA 23612-0000

**Dillard Associates PC**
229 Prince Street
P.O. Box 356
Tappahannock, VA 22560-0000

**DirectTV**
attn: Bankruptcy Claims
PO Box 6550
Englewood, CO 80155-6550

**Fingerhut**
6250 Ridgewood Rd
St Cloud, MN 56303-0000

**Ford Motor Credit**
PO Box 62180
Colorado Springs, CO 80962-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

**GE Capital Retail Bank**
attn: Bankruptcy Dep't
P.O. Box 1950
Morristown, NJ 07962-1950

**Ginnys/Swiss Colony Inc**

1112 7th Ave
Monroe, WI 53566-0000

**GMAC**
now: Ally Financial
PO Box 380901
Minneapolis, MN 55438-0000

**Heathesville Animal Clinic**
45 Back Street
Heathsville, VA 22473-0000

**HFC**
PO Box 8873
Virginia Beach, VA 23450-8873

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kalbaugh, Pfund & Messersmith**
901 Moorefield Park Dr.
Ste 200
Richmond, VA 23236-0000

**Lexington Consumer Advocacy LL**
c/o Customer Care Dep't
337 Garden Oaks Blvd
Houston, TX 77018-0000

**MCV Associated Physicians**
830 E Main St
Suite 1900
Richmond, VA 23219-0000

**Midland Credit Management**
8875 Aero Dr, Ste 200
San Diego, CA 92123-0000

**Montgomery Ward Credit**
3650 Milwaukee St
Madison, WI 53714-0000

**Nc Financial**
175 W Jackson Blvd
Chicago, IL 60604-0000

**NCC**
5503 Cherokee Ave
Alexandria, VA 22312-0000

**Net Credit**
200 W Jackson Blvd
Suite 2400
Chicago, IL 60606-0000

**Onward Credit Customer Support**

505 N LaSalle St.
Suite 550
Chicago, IL 60654-0000

**Pelletteri**
1717 Park St
Naperville, IL 60563-0000

**Peter S Lake, Esq.**
4445 Corporation Lane
Suite 155
Virginia Beach, VA 23462-0000

**Rappahannock General Hospital**
PO Box 1449
Kilmarnock, VA 22482-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Health System**
Riverside Tappahannock Hospita
PO Box 6008
Newport News, VA 23606-0008

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Seventh Avenue**
re: Bankruptcy Dep't
112 7th Ave
Monroe, WI 53566-1364

**Springlf Fin**
601 Nw 2nd St
Evansville, IN 47708-0000

**TD Auto Finance LLC**
27777 Inkster Rd.
Farmington, MI 48334-0000

**Terry Hatcher**
2302 Coan Stage Rd
Heathsville, VA 22473-0000

**Usda Rural Development**
P.O. Box 790170
St Louis, MO 63179-0000

**VCU Health System -- MCV Hosp.**
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462

**Verizon**
500 Technology Dr Ste 30

Weldon Spring, MO 63304-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Virginia Department of Taxatio**
PO Box 2156
Richmond, VA 23218-0000

**UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

  **Richmond**   Division

**In re:**  Connie and Albert Balderson          **Case no.**  16-31532-KRH

**Debtor(s)**                                     **Chapter 13**

**Proposed   ORDER EXTENDING TIME TO FILE
REAFFIRMATION AGREEMENT**

The debtor(s) have filed a motion to extend the time to file their Reaffirmation Agreement.  Accordingly it is **ORDERED** THAT

1. The debtor's motion to extend the time to filing the Reaffirmation Agreement is granted.

2. The deadline for filing the Reaffirmation Agreement is extended to July 22, 2016.

3. Failure of the debtor(s) to file the Reaffirmation Agreement on or before the deadline set forth in paragraph two (2) will result in the case being dismissed.

Entered on Docket _____

                                                                                    _____
                                                                                    U.S. Bankruptcy Judge

I ask for this:

/s/ Richard J. Oulton   _
Richard J. Oulton
Counsel for Debtor(s)
America  Law Group
8501 Mayland Dr., Ste 106
Henrico, VA 23294
(804)308-0051

CERTIFICATE OF ENDORSEMENT

Pursuant to Local Rule 9022-1(c)(1), the undersigned hereby certifies that this Order has been endorsed by all the necessary parties.

/s/ Richard J. Oulton
Richard J. Oulton

Parties to receive copies:

Connie and Albert Balderson
2302 Coan Stage Rd.
Heathsville, VA 22473

Peter Barrett, Trustee
Kutak Rock
1111 E. Main St.
Suite 800
Richmond, VA 23219

Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Dr. Ste 106
Henrico, VA 23294