**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
<u>     Richmond     </u> Division

In re:  Connie and Albert Balderson       )
                                          )
                                          )  Case No.  <u>  16-31532-KRH       </u>
                                          )
                                          )
                                          )  Chapter    <u>        7           </u>
Debtor(s)                                 )
Address  <u>  2302 Coan Stage Rd.       </u> )
         <u>  Heathsville, VA 22473     </u> )
                                          )
Last four digits of SSN(s):  <u> 7806 & 8203 </u> )
                                          )
                                          )
                                          )
                                          )

# NOTICE OF MOTION TO EXPEDITE HEARING and
# NOTICE OF MOTION TO Extend Time to File Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement

<u>Connie and Albert Balderson</u> have filed papers with the court to <u>Expedite Hearing and to Extend Time to File Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement</u>.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before <u>7/13/2016</u>, you or your attorney must:

X     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        <u>701 East Broad Street           </u>
        <u>Richmond, VA 23219              </u>

You must also mail a copy to:

        America Law Group, Inc.
        8501 Mayland Dr. Ste 106
        Henrico, VA 23294

☐  Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

X  Attend the hearing on the motion scheduled to be held <u>July 13, 2016</u> at <u>12:00</u> p.m. at United States Bankruptcy Court, <u>701 East Broad Street, Crtrm 5000  Richmond, VA 23219</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  7/11/2016

Signature, name, address, and telephone number of person giving notice:
/s/ Richard J. Oulton
Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Dr., Ste 106
Henrico, VA 23294
Virginia State Bar No.  29640
Counsel for  Albert & Connie Balderson

<u>Certificate of Service</u>

I hereby certify that I have this <u>11th</u> day of <u>July,</u> 20<u>16</u>, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

## *Creditors*

**American Adjustment Bu**
re: NW CT Emergency Med PC
73 Field St
Waterbury, CT 06702-0000

**American Adjustment Bu**
re: NW CT Emergency Med
73 Field St.
Waterbury, CT 06702-0000

**American Adjustment Bu**
re: Nagatuck Valley Rad Assoc
73 Field St.
Waterbury, CT 06702-0000

**Balanced Healthcare Receivable**
141 Burke Street
Nashua, NH 03060-0000

**Caine & Weiner**
PO Box 5010
Woodland Hills, CA 91365-0000

**Calvary Portfolio Services**
Attn: Bankruptcy Dept
500 Summit Lake Dr.
Valhalla, NY 10595-0000

**Capital One, N.a.**
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130-0000

**Cavalry Portfolio Services**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

**Cavalry Portfolio Services, In**
PO Box 1017
Hawthorne, NY 10532-0000

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Century Financial Services, In**
23 Maiden Lane
North Haven, CT 06473-0000

**Comcast**
5401 Staples Mill Road
Henrico, VA 23228-5421

**Commonwealth Radiology, PC**
1508 Willow lawn Drive
Suite 117
Richmond, VA 23230-0000

**Connecticut Dept of Revenue Services**
25 Sigourney Street
Bankruptcy Unit
Hartford, CT 06106

**Connecticut Light & Power**
PO Box 2899
Hartford, CT 06101-0000

**Continental Emergency Services**
PO Box 1617
Mechanicsville, VA 23116-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Cr Info Bur Collection**
70 Jefferson Blvd Fl 4
Warwick, RI 02888-0000

**Credit Center Inc**
7 Finance Dr
re: Branford Fire Dept
Danbury, CT 06810-0000

**Credit Protection Association**
PO Box 802068
Dallas, TX 75380-0000

**Endocrine Assoc of CT**
200 Orchard Street #207
New Haven, CT 06511-0000

**ERSolutions**
800 SW 39th Street
PO Box 9004
Renton, WA 98057-0000

**Ford Cred**
Ford Credit
PO Box 6275
Deerborn, MI 48121-0000

**Ford Motor Credit Company LLC**
P. O. Box 62180
Colorado Springs, CO 80962

**Horizon Financial Management**
8585 S. Broadway
Ste. 880
Merrillville, IN 46401-5661

**HSBC Bank**
PO Box 5253
Carol Stream, IL 60197-0000

**Hsbc/ Orchard Bank**
Attn: Bankruptcy
PO Box 80084
Salinas, CA 93912-0000

**Internal Revenue Service**
PO Box 30396
Mail stop 822
Memphis, TN 38130-0000

**IRS**
P.O. Box 7346
Philadelphia, PA 19101

**King William Medical Center**

4917 RIchmond Tappahannock Hwy
Suite 1
Aylett, VA 23009-0000

**Lab Corp**
PO Box 2240
Burlington, NC 27216-0000

**LCA Collections**
PO Box 2240
Burlington, NC 27216-0000

**Memorial Regional Medical Cent**
8260 Atlee Road
Mechanicsville, VA 23116-0000

**Merc Adj Bur**
PO Box 9016
Williamsville, NY 14231-0000

**Nelson,Watson & Associates LLC**
80 Merrimack St Lower Level
Haverhill, MA 01830-0000

**OrthoVirginia**
PO Box 35725
Richmond, VA 23235-0000

**Pagliaro, Inc.**
re: Joseph Quaranta, MD
392 River Road
Shelton, CT 06484-0000

**Patient First**
PO Box 758941
Baltimore, MD 21275-0000

**Peninsula Radiological Assoc**
PO Box 12087
Newport News, VA 23612-2087

**Pmab Srvc**
5970 Fairview Rd Ste 800
Charlotte, NC 28210-0000

**Primecare Family Care, PC**
PO Box 845
Fredericksburg, VA 22404-0000

**Progressive Direct Ins**
6300 Wilson Mills Rd
Cleveland, OH 44143-0000

**Quest Diagnostics**
1901 Sulphur Spring Rd
Halethorpe, MD 21227-0000

**Receivable Management**
PO Box 17305
Richmond, VA 23226-0000

**Receivable Management**
7206 Hull Street Rd Ste
re: Medical Payment Data
North Chesterfield, VA 23235-0000

**Receivables Management System**
PO Box 8630
Richmond, VA 23226-0000

**Receivables Management Systems**
PO box 8630
Richmond, VA 23226-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-0000

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Riverside Med Grp Emer Phys**
PO Box 75774
Baltimore, MD 21275-5774

**Riverside Medical Group LLC**
10645 Cherokee Road
Richmond, VA 23235-0000

**Riverside Tappahannock Hospita**
618 Hospital Rd
Tappahannock, VA 22560-0000

**SME, Inc. USA**
PO Box 15209
Wilmington, NC 28408-0000

**State of Connecticut**
Dept. of Revenue Services
Twenty-Five Sigourney Street
Hartford, CT 06106-0000

**Stellar Rec**
1845 Us Hwy 93 Sou
Kalispell, MT 59901-0000

**Sunrise Credit Service**
260 Airport Plaza
re: Cablevision
Farmingdale, NY 11735-0000

**Toll Violation Processing Cntr**
PO Box 1234
Clifton Forge, VA 24422-0000

**United Collect Bur Inc**
5620 Southwyck Blvd Ste
Toledo, OH 43614-0000

**United Consumers, Inc**
PO Box 4466
Woodbridge, VA 22194-0000

**Virginia Cardiovascular Specia**
5875 Bremo Rd, STE 512
Richmond, VA 23226-0000

**West End Orthopaedic Clinic**
PO Box 35725
Richmond, VA 23235-0000

**Yale New Haven Hospital**
20 York St
New Haven, CT 06510-0000

**Yale-New Haven Health**
PO Box 1403
New Haven, CT 06505-0000

**Yankee Gas**
107 Selden St.
Berlin, CT 06037-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Connie and Albert Balderson                    Case No.: 16-31532-KRH
             Debtor(s)                                                Chapter 13

## MOTION FOR AN EXPEDITED HEARING

NOW COMES the Debtor, Connie and Albert Balderson, by counsel, to submit the following Motion for an Expedited Hearing under 11 U.S.C. §362 to allow the Debtors to Extend Time to File Reaffirmation Agreement pursuant to 11 U.S.C. §362 (c)(3)(B).

    The Debtor(s) request that court Extends Time to File Reaffirmation Agreement, and in support of this Motion states the following:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 1334 and 11 U.S.C. § 362, and this matter is a core proceeding under the Bankruptcy Code.

2. On 3/29/2016, the Debtor(s) filed in this Honorable Court a petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 1301 et seq. (the "instant case").  Peter Barrett was appointed to serve as Chapter 13 trustee in this case (the "Trustee").

3. The initial Trustee Meeting was held on 5/2/2016.

4. Time to file Reaffirmation Agreement expired on July 1, 2016.

5. Time is of the essence in this matter because the Creditor, Ford Motor Company, has already repossessed the vehicle.  In order to release the vehicle back to the Debtors, the Creditor wants the reaffirmation agreement completed.  Debtors require two vehicles to get to work, as they work more than thirty minutes apart.

WHEREFORE, the Plaintiff prays that this Honorable Court allow the Debtor(s) to obtain an extension of the automatic stay pursuant to 11 U.S.C. §362(c)(3)(B) and grant an Expedited Hearing and any such other relief as may be deemed just and proper by this Honorable Court.

                                                                                RESPECTFULLY SUBMITTED:

                                                                                Counsel for
                                                                                 Albert and Connie Balderson
                                                                                 By:  /s/ Richard J. Oulton
                                                                                 Richard J. Oulton, Esq.
                                                                                 VSB # 29640
                                                                                 8501 Mayland Dr. Ste 106
                                                                                 Henrico, VA 23294
                                                                                 804-308-0051 (ph)
                                                                                 804-308-0053 (fax)

**NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1 UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN THREE BUSINESS DAYS OF THE SERVICE OF THIS MOTION TO EXPEDITE HEARING, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND CONCEDED AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**CERTIFICATE OF SERVICE**

I certify that on 7/11/2016, a copy of the above Motion to Expedite Hearing has been mailed via first class mail or via electronic means to Peter Barrett, Trustee, the United States Trustee, counsel listed as follows, and all creditors set forth on the attached mailing matrix.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

## *Creditors*

**American Adjustment Bu**
re: NW CT Emergency Med PC
73 Field St
Waterbury, CT 06702-0000

**American Adjustment Bu**
re: NW CT Emergency Med
73 Field St.
Waterbury, CT 06702-0000

**American Adjustment Bu**
re: Nagatuck Valley Rad Assoc
73 Field St.
Waterbury, CT 06702-0000

**Balanced Healthcare Receivable**
141 Burke Street
Nashua, NH 03060-0000

**Caine & Weiner**
PO Box 5010
Woodland Hills, CA 91365-0000

**Calvary Portfolio Services**
Attn: Bankruptcy Dept
500 Summit Lake Dr.
Valhalla, NY 10595-0000

**Capital One, N.a.**
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130-0000

**Cavalry Portfolio Services**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

**Cavalry Portfolio Services, In**
PO Box 1017
Hawthorne, NY 10532-0000

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Century Financial Services, In**
23 Maiden Lane
North Haven, CT 06473-0000

**Comcast**
5401 Staples Mill Road
Henrico, VA 23228-5421

**Commonwealth Radiology, PC**
1508 Willow lawn Drive
Suite 117
Richmond, VA 23230-0000

**Connecticut Dept of Revenue Services**
25 Sigourney Street
Bankruptcy Unit
Hartford, CT 06106

**Connecticut Light & Power**
PO Box 2899
Hartford, CT 06101-0000

**Continental Emergency Services**
PO Box 1617
Mechanicsville, VA 23116-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Cr Info Bur Collection**
70 Jefferson Blvd Fl 4
Warwick, RI 02888-0000

**Credit Center Inc**
7 Finance Dr
re: Branford Fire Dept
Danbury, CT 06810-0000

**Credit Protection Association**
PO Box 802068
Dallas, TX 75380-0000

**Endocrine Assoc of CT**
200 Orchard Street #207
New Haven, CT 06511-0000

**ERSolutions**
800 SW 39th Street
PO Box 9004
Renton, WA 98057-0000

**Ford Cred**
Ford Credit
PO Box 6275
Deerborn, MI 48121-0000

**Ford Motor Credit Company LLC**
P. O. Box 62180
Colorado Springs, CO 80962

**Horizon Financial Management**
8585 S. Broadway
Ste. 880
Merrillville, IN 46401-5661

**HSBC Bank**
PO Box 5253
Carol Stream, IL 60197-0000

**Hsbc/ Orchard Bank**
Attn: Bankruptcy
PO Box 80084
Salinas, CA 93912-0000

**Internal Revenue Service**
PO Box 30396
Mail stop 822
Memphis, TN 38130-0000

**IRS**
P.O. Box 7346
Philadelphia, PA 19101

**King William Medical Center**
4917 RIchmond Tappahannock Hwy
Suite 1
Aylett, VA 23009-0000

**Lab Corp**
PO Box 2240
Burlington, NC 27216-0000

**LCA Collections**
PO Box 2240
Burlington, NC 27216-0000

**Memorial Regional Medical Cent**
8260 Atlee Road
Mechanicsville, VA 23116-0000

**Merc Adj Bur**
PO Box 9016
Williamsville, NY 14231-0000

**Nelson,Watson & Associates LLC**
80 Merrimack St Lower Level
Haverhill, MA 01830-0000

**OrthoVirginia**
PO Box 35725
Richmond, VA 23235-0000

**Pagliaro, Inc.**
re: Joseph Quaranta, MD
392 River Road
Shelton, CT 06484-0000

**Patient First**
PO Box 758941
Baltimore, MD 21275-0000

**Peninsula Radiological Assoc**
PO Box 12087
Newport News, VA 23612-2087

**Pmab Srvc**
5970 Fairview Rd Ste 800
Charlotte, NC 28210-0000

**Primecare Family Care, PC**
PO Box 845
Fredericksburg, VA 22404-0000

**Progressive Direct Ins**
6300 Wilson Mills Rd
Cleveland, OH 44143-0000

**Quest Diagnostics**
1901 Sulphur Spring Rd
Halethorpe, MD 21227-0000

**Receivable Management**
PO Box 17305
Richmond, VA 23226-0000

**Receivable Management**
7206 Hull Street Rd Ste
re: Medical Payment Data
North Chesterfield, VA 23235-0000

**Receivables Management System**
PO Box 8630
Richmond, VA 23226-0000

**Receivables Management Systems**
PO box 8630
Richmond, VA 23226-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-0000

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Riverside Med Grp Emer Phys**
PO Box 75774
Baltimore, MD 21275-5774

**Riverside Medical Group LLC**
10645 Cherokee Road
Richmond, VA 23235-0000

**Riverside Tappahannock Hospita**
618 Hospital Rd
Tappahannock, VA 22560-0000

**SME, Inc. USA**
PO Box 15209
Wilmington, NC 28408-0000

**State of Connecticut**
Dept. of Revenue Services
Twenty-Five Sigourney Street
Hartford, CT 06106-0000

**Stellar Rec**
1845 Us Hwy 93 Sou
Kalispell, MT 59901-0000

**Sunrise Credit Service**
260 Airport Plaza
re: Cablevision
Farmingdale, NY 11735-0000

**Toll Violation Processing Cntr**
PO Box 1234
Clifton Forge, VA 24422-0000

**United Collect Bur Inc**
5620 Southwyck Blvd Ste
Toledo, OH 43614-0000

**United Consumers, Inc**
PO Box 4466
Woodbridge, VA 22194-0000

**Virginia Cardiovascular Specia**
5875 Bremo Rd, STE 512
Richmond, VA 23226-0000

**West End Orthopaedic Clinic**
PO Box 35725
Richmond, VA 23235-0000

**Yale New Haven Hospital**
20 York St
New Haven, CT 06510-0000

**Yale-New Haven Health**
PO Box 1403
New Haven, CT 06505-0000

**Yankee Gas**
107 Selden St.
Berlin, CT 06037-0000