**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**___Richmond___ Division**

In re:  Connie and Albert Balderson         )
                                            )
                                            )   Case No.  __16-31532-KRH__
                                            )
                                            )
                                            )   Chapter  _____7_____
Debtor(s)                                   )
Address  _2302 Coan Stage Rd.___            )
         _Heathsville, VA 22473__           )
                                            )
Last four digits of SSN(s): _7806 & 8203_   )
                                            )
                                            )
                                            )
                                            )

# NOTICE OF MOTION TO EXPEDITE HEARING and
# NOTICE OF MOTION TO Extend Time to File Reaffirmation
# Agreement and Statement in Support of Reaffirmation Agreement

Connie and Albert Balderson have filed papers with the court to Expedite Hearing and to Extend Time to File Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _7/13/2016_, you or your attorney must:

   X    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

           Clerk of Court
           United States Bankruptcy Court
           _701 East Broad Street_____
           _Richmond, VA 23219_____

You must also mail a copy to:

    America Law Group, Inc.
    8501 Mayland Dr. Ste 106
    Henrico, VA 23294

☐ Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

**X** Attend the hearing on the motion scheduled to be held July 13, 2016 at 12:00 p.m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm 5000 Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  7/11/2016      Signature, name, address, and telephone
           number of person giving notice:
           /s/ Richard J. Oulton
           Richard J. Oulton, Esq.
           America Law Group, Inc.
           8501 Mayland Dr., Ste 106
           Henrico, VA 23294
           Virginia State Bar No.  29640
           Counsel for  Albert & Connie Balderson

Certificate of Service

I hereby certify that I have this 11th day of July, 2016, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

           /s/ Richard J. Oulton
           Richard J. Oulton, Esq.

## *Creditors*

**Basic Auto Sales**
11371 Washington Highway
Ashland, VA 23005-0000

**Calvary Portfolio Services**
500 Summit Lake Dr
Ste 400
Valhalla, NY 10595-0000

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**CashnetUSA**
attn: Bankruptcy
175 W Jackson Blvd Ste 1000

Chicago, IL 60604-0000

**Cindy Balderson**
262 Norman's Corner Rd
Farnham, VA 22460-0000

**Cntry Door**
Attn:Bankruptcy
PO Box 2830
Monroe, WI 53566-0000

**Comenity Bank**
PO Box 182124
Columbus, OH 43218-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Control Corp**
PO Box 120568
Newport News, VA 23612-0000

**Credit Control Corporation**
PO Box 120568
Newport News, VA 23612-0000

**Dillard Associates PC**
229 Prince Street
P.O. Box 356
Tappahannock, VA 22560-0000

**DirectTV**
attn: Bankruptcy Claims
PO Box 6550
Englewood, CO 80155-6550

**Fingerhut**
6250 Ridgewood Rd
St Cloud, MN 56303-0000

**Ford Motor Credit**
PO Box 62180
Colorado Springs, CO 80962-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

**GE Capital Retail Bank**
attn: Bankruptcy Dep't
P.O. Box 1950
Morristown, NJ 07962-1950

**Ginnys/Swiss Colony Inc**
1112 7th Ave
Monroe, WI 53566-0000

**GMAC**
now: Ally Financial
PO Box 380901
Minneapolis, MN 55438-0000

**Heathesville Animal Clinic**
45 Back Street
Heathsville, VA 22473-0000

**HFC**
PO Box 8873
Virginia Beach, VA 23450-8873

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kalbaugh, Pfund & Messersmith**
901 Moorefield Park Dr.
Ste 200
Richmond, VA 23236-0000

**Lexington Consumer Advocacy LL**
c/o Customer Care Dep't
337 Garden Oaks Blvd
Houston, TX 77018-0000

**MCV Associated Physicians**
830 E Main St
Suite 1900
Richmond, VA 23219-0000

**Midland Credit Management**
8875 Aero Dr, Ste 200
San Diego, CA 92123-0000

**Montgomery Ward Credit**
3650 Milwaukee St
Madison, WI 53714-0000

**Nc Financial**
175 W Jackson Blvd
Chicago, IL 60604-0000

**NCC**
5503 Cherokee Ave
Alexandria, VA 22312-0000

**Net Credit**
200 W Jackson Blvd

Suite 2400
Chicago, IL 60606-0000

**Onward Credit Customer Support**
505 N LaSalle St.
Suite 550
Chicago, IL 60654-0000

**Pelletteri**
1717 Park St
Naperville, IL 60563-0000

**Peter S Lake, Esq.**
4445 Corporation Lane
Suite 155
Virginia Beach, VA 23462-0000

**Rappahannock General Hospital**
PO Box 1449
Kilmarnock, VA 22482-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Health System**
Riverside Tappahannock Hospita
PO Box 6008
Newport News, VA 23606-0008

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Seventh Avenue**
re: Bankruptcy Dep't
112 7th Ave
Monroe, WI 53566-1364

**Springlf Fin**

601 Nw 2nd St
Evansville, IN 47708-0000

**TD Auto Finance LLC**
27777 Inkster Rd.
Farmington, MI 48334-0000

**Terry Hatcher**
2302 Coan Stage Rd
Heathsville, VA 22473-0000

**Usda Rural Development**
P.O. Box 790170
St Louis, MO 63179-0000

**VCU Health System -- MCV Hosp.**
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Virginia Department of Taxatio**
PO Box 2156
Richmond, VA 23218-0000

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re:  Connie and Albert Balderson            Case No.: 16-31532-KRH
       Debtor(s)                                             Chapter 13

## MOTION FOR AN EXPEDITED HEARING

NOW COMES the Debtor, Connie and Albert Balderson, by counsel, to submit the following Motion for an Expedited Hearing under 11 U.S.C. §362 to allow the Debtors to Extend Time to File Reaffirmation Agreement pursuant to 11 U.S.C. §362 (c)(3)(B).

       The Debtor(s) request that court Extends Time to File Reaffirmation Agreement, and in support of this Motion states the following:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 1334 and 11 U.S.C. § 362, and this matter is a core proceeding under the Bankruptcy Code.

2. On 3/29/2016, the Debtor(s) filed in this Honorable Court a petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 1301 et seq. (the "instant case").  Peter Barrett was appointed to serve as Chapter 13 trustee in this case (the "Trustee").

3. The initial Trustee Meeting was held on 5/2/2016.

4. Time to file Reaffirmation Agreement expired on July 1, 2016.

5. Time is of the essence in this matter because the Creditor, Ford Motor Company, has already repossessed the vehicle.  In order to release the vehicle back to the Debtors, the Creditor wants the reaffirmation agreement completed.  Debtors require two vehicles to get to work, as they work more than thirty minutes apart.

WHEREFORE, the Plaintiff prays that this Honorable Court allow the Debtor(s) to obtain an extension of the automatic stay pursuant to 11 U.S.C. §362(c)(3)(B) and grant an Expedited Hearing and any such other relief as may be deemed just and proper by this Honorable Court.

                                                            RESPECTFULLY SUBMITTED:

                                                            Counsel for
                                                            Albert and Connie Balderson
                                                            By:  /s/ Richard J. Oulton
                                                             Richard J. Oulton, Esq.
                                                            VSB # 29640
                                                            8501 Mayland Dr. Ste 106
                                                            Henrico, VA 23294
                                                            804-308-0051 (ph)
                                                            804-308-0053 (fax)

**NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1 UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN THREE BUSINESS DAYS OF THE SERVICE OF THIS MOTION TO EXPEDITE HEARING, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND CONCEDED AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

### CERTIFICATE OF SERVICE

I certify that on 7/11/2016, a copy of the above Motion to Expedite Hearing has been mailed via first class mail or via electronic means to Peter Barrett, Trustee, the United States Trustee, counsel listed as follows, and all creditors set forth on the attached mailing matrix.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

## *Creditors*

**Basic Auto Sales**
11371 Washington Highway
Ashland, VA 23005-0000

**Calvary Portfolio Services**
500 Summit Lake Dr
Ste 400
Valhalla, NY 10595-0000

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**CashnetUSA**
attn: Bankruptcy
175 W Jackson Blvd Ste 1000
Chicago, IL 60604-0000

**Cindy Balderson**
262 Norman's Corner Rd
Farnham, VA 22460-0000

**Cntry Door**
Attn:Bankruptcy
PO Box 2830
Monroe, WI 53566-0000

**Comenity Bank**
PO Box 182124
Columbus, OH 43218-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Control Corp**
PO Box 120568
Newport News, VA 23612-0000

**Credit Control Corporation**
PO Box 120568
Newport News, VA 23612-0000

**Dillard Associates PC**
229 Prince Street
P.O. Box 356
Tappahannock, VA 22560-0000

**DirectTV**
attn: Bankruptcy Claims
PO Box 6550
Englewood, CO 80155-6550

**Fingerhut**
6250 Ridgewood Rd
St Cloud, MN 56303-0000

**Ford Motor Credit**
PO Box 62180
Colorado Springs, CO 80962-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

**GE Capital Retail Bank**
attn: Bankruptcy Dep't
P.O. Box 1950
Morristown, NJ 07962-1950

**Ginnys/Swiss Colony Inc**
1112 7th Ave
Monroe, WI 53566-0000

**GMAC**
now: Ally Financial
PO Box 380901
Minneapolis, MN 55438-0000

**Heathesville Animal Clinic**
45 Back Street
Heathsville, VA 22473-0000

**HFC**
PO Box 8873
Virginia Beach, VA 23450-8873

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kalbaugh, Pfund & Messersmith**
901 Moorefield Park Dr.
Ste 200
Richmond, VA 23236-0000

**Lexington Consumer Advocacy LL**
c/o Customer Care Dep't
337 Garden Oaks Blvd
Houston, TX 77018-0000

**MCV Associated Physicians**
830 E Main St
Suite 1900
Richmond, VA 23219-0000

**Midland Credit Management**
8875 Aero Dr, Ste 200
San Diego, CA 92123-0000

**Montgomery Ward Credit**
3650 Milwaukee St
Madison, WI 53714-0000

**Nc Financial**
175 W Jackson Blvd
Chicago, IL 60604-0000

**NCC**
5503 Cherokee Ave
Alexandria, VA 22312-0000

**Net Credit**
200 W Jackson Blvd
Suite 2400
Chicago, IL 60606-0000

**Onward Credit Customer Support**
505 N LaSalle St.
Suite 550
Chicago, IL 60654-0000

**Pelletteri**
1717 Park St
Naperville, IL 60563-0000

**Peter S Lake, Esq.**
4445 Corporation Lane
Suite 155
Virginia Beach, VA 23462-0000

**Rappahannock General Hospital**
PO Box 1449
Kilmarnock, VA 22482-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Health System**
Riverside Tappahannock Hospita
PO Box 6008
Newport News, VA 23606-0008

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Seventh Avenue**
re: Bankruptcy Dep't
112 7th Ave
Monroe, WI 53566-1364

**Springlf Fin**
601 Nw 2nd St
Evansville, IN 47708-0000

**TD Auto Finance LLC**
27777 Inkster Rd.
Farmington, MI 48334-0000

**Terry Hatcher**

2302 Coan Stage Rd
Heathsville, VA 22473-0000

**Usda Rural Development**
P.O. Box 790170
St Louis, MO 63179-0000

**VCU Health System -- MCV Hosp.**
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Virginia Department of Taxatio**
PO Box 2156
Richmond, VA 23218-0000