## United States Bankruptcy Court
## Eastern District of Virginia
## Richmond Division

In Re:

    Albert and Connie Balderson        Case No. 16-31532-KRH

    Debtor(s)

## **Certification Pursuant to Local Rule 9013-1N**

1. The undersigned certify that the statements below are true as of the date hereof and that they will be true as of the date of the expedited hearing and may be relied upon by the Court then unless notice in writing to the contrary is given to the Trustee and the court at or prior to such time.

2. Richard J. Oulton, counsel for Debtors, and Connie and Albert Balderson, Debtors, verify that they:

a) Have carefully examined the matter and concluded that there is a true need for an emergency hearing,

b) Have not created the emergency through a lack of due diligence, and

c) have made a bona fide effort to resolve the matter without hearing.


By signing this certification requesting an expedited hearing, we acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to grant the motion for the expedited hearing. We understand that the Court may refuse to grant the motion or withdraw the hearing date if the statements relied upon are not accurate.


Dated: 7/12/2016

                                  /s/   Connie Balderson
                                  Connie Balderson

                                  /s/ Albert Balderson
                                  Albert Balderson

Attorney's Certification

I certify that I am counsel of record for the debtors, that I have reviewed this Certification requesting an expedited hearing with the debtors, and that I am filing a copy of this document with the Court and with the Chapter 7 Trustee this 12th day of July, 2016.

/s/  Richard J. Oulton
Richard J. Oulton

Richard J. Oulton, Esquire
Vsb #29640
America Law Group
8501 Mayland Dr., Suite 106
Richmond, VA 23294
Ph:  804-308-0051
fax: 804-308-0053

Certificate of Service

I hereby certify that I caused to be served by electronic means or mailed, by first class mail, a true and accurate copy of the foregoing Certification to the US Trustee, 701 E. Broad Street, Richmond, VA 23219 and Peter Barrett, Chapter 7 Trustee, 1111 E. Main St. Suite 800 Richmond, VA 23219 and all creditors and necessary parties on 7/12/2016

**Basic Auto Sales**
11371 Washington Highway
Ashland, VA 23005-0000

**Calvary Portfolio Services**
500 Summit Lake Dr
Ste 400
Valhalla, NY 10595-0000

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**CashnetUSA**
attn: Bankruptcy
175 W Jackson Blvd Ste 1000
Chicago, IL 60604-0000

**Cindy Balderson**
262 Norman's Corner Rd
Farnham, VA 22460-0000

**Cntry Door**
Attn:Bankruptcy
PO Box 2830
Monroe, WI 53566-0000

**Comenity Bank**
PO Box 182124
Columbus, OH 43218-0000

**Convergent Outsourcing Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Control Corp**
PO Box 120568
Newport News, VA 23612-0000

**Credit Control Corporation**
PO Box 120568
Newport News, VA 23612-0000

**Dillard Associates PC**
229 Prince Street
P.O. Box 356
Tappahannock, VA 22560-0000

**DirectTV**
attn: Bankruptcy Claims
PO Box 6550
Englewood, CO 80155-6550

**Fingerhut**
6250 Ridgewood Rd
St Cloud, MN 56303-0000

**Ford Motor Credit**
PO Box 62180
Colorado Springs, CO 80962-0000

**Ford Motor Credit Company LLC**
c/o Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

**GE Capital Retail Bank**
attn: Bankruptcy Dep't
P.O. Box 1950
Morristown, NJ 07962-1950

**Ginnys/Swiss Colony Inc**
1112 7th Ave
Monroe, WI 53566-0000

**GMAC**
now: Ally Financial
PO Box 380901
Minneapolis, MN 55438-0000

**Heathesville Animal Clinic**
45 Back Street
Heathsville, VA 22473-0000

**HFC**
PO Box 8873
Virginia Beach, VA 23450-8873

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kalbaugh, Pfund & Messersmith**
901 Moorefield Park Dr.
Ste 200
Richmond, VA 23236-0000

**Lexington Consumer Advocacy LL**
c/o Customer Care Dep't
337 Garden Oaks Blvd
Houston, TX 77018-0000

**MCV Associated Physicians**
830 E Main St
Suite 1900
Richmond, VA 23219-0000

**Midland Credit Management**
8875 Aero Dr, Ste 200
San Diego, CA 92123-0000

**Montgomery Ward Credit**
3650 Milwaukee St
Madison, WI 53714-0000

**Nc Financial**
175 W Jackson Blvd
Chicago, IL 60604-0000

**NCC**
5503 Cherokee Ave
Alexandria, VA 22312-0000

**Net Credit**
200 W Jackson Blvd
Suite 2400
Chicago, IL 60606-0000

**Onward Credit Customer Support**
505 N LaSalle St.
Suite 550
Chicago, IL 60654-0000

**Pelletteri**
1717 Park St
Naperville, IL 60563-0000

**Peter S Lake, Esq.**
4445 Corporation Lane
Suite 155
Virginia Beach, VA 23462-0000

**Rappahannock General Hospital**
PO Box 1449
Kilmarnock, VA 22482-0000

**Riverside Emergency Phys**
PO Box 1929
Kilmarnock, VA 22482-1929

**Riverside Health System**
Riverside Tappahannock Hospita
PO Box 6008
Newport News, VA 23606-0008

**Riverside Health System**
PO Box 2858
Raleigh, NC 27602-0000

**Seventh Avenue**
re: Bankruptcy Dep't
112 7th Ave
Monroe, WI 53566-1364

**Springlf Fin**
601 Nw 2nd St
Evansville, IN 47708-0000

**TD Auto Finance LLC**
27777 Inkster Rd.
Farmington, MI 48334-0000

**Terry Hatcher**
2302 Coan Stage Rd
Heathsville, VA 22473-0000

**Usda Rural Development**
P.O. Box 790170
St Louis, MO 63179-0000

**VCU Health System -- MCV Hosp.**
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Virginia Department of Taxatio**
PO Box 2156
Richmond, VA 23218-0000